NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOULDTEC, INC.,**

*Plaintiff-Appellee*

**v.**

**PAGTER & PARTNERS INTERNATIONAL B.V.,
PAGTER INNOVATIONS, INC.,**

*Defendants-Appellants*

---

2016-1131

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:12-cv-04249, Judge Virginia M. Kendall.

---

**JUDGMENT**

---

PATRICK J. MCCARTHY, Greenberg Traurig LLP, Washington, DC, argued for plaintiff-appellee. Also represented by RYAN BRADEL, RONALD J. PABIS, STEPHEN K. SHAHIDA.

PATRICK J. ARNOLD, JR., McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for defendants-appellants. Also represented by DAVID Z. PETTY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 11, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |